# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| V. ) | CASE NO.: 2:23-mj-00456-GMB |
| ) | |
| **MEKHI DIWONE HARRIS,** ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard S. Jaffe and Michael W. Whisonant, Jr., Attorneys for Defendant, Mekhi Diwone Harris, and hereby respectfully requests that this Honorable Court enters their Notice of Appearance for said Defendant in the above-styled case.

RESPECTFULLY SUBMITTED,

*l/s Richard S. Jaffe*
RICHARD S. JAFFE

*l/s Michael W. Whisonant, Jr.*
MICHAEL W. WHISONANT, JR.

OF COUNSEL:
JAFFE, HANLE, WHISONANT & KNIGHT, P.C.
2320 ARLINGTON AVENUE SOUTH
BIRMINGHAM, AL 35205
205-930-9800

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this the 9th day of August 2023 served a copy of the foregoing by electronically filing to all parties involved.

      *l/s Richard S. Jaffe*
RICHARD S. JAFFE

      *l/s Michael W. Whisonant, Jr.*
MICHAEL W. WHISONANT, JR.